# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VADIM ARUTINOV, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15 C 5038 |
| ) | |
| CITY OF CHICAGO, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

Jonathan Krit, a member of the District Court trial bar designated to act as counsel for prisoner plaintiff Vadim Arutinov ("Arutinov," who originally filed his Complaint in this action pro se), has now filed on Arutinov's behalf a "Submission To Comply with Order of 6/15/15." Because that submission includes the previously missing information needed to make the calculation required by 28 U.S.C. § 1915 ("Section 1915") for any prisoner plaintiff, this memorandum order turns to that task.

During the portion of the six-month period made relevant by Section 1915(a)(2) during which Arutinov has been in custody (a custodial period that began on December 19, 2014) -- a six-month period that ended with the June 1, 2015 "filing" date of this action under the "mailbox rule" prescribed by Houston v. Lack, 487 U.S. 266 (1988) -- the average monthly deposits to his trust fund account at the Cook County Department of Corrections ("County Jail") (see Section 1915(b)(1)(A)) came to $229.28, 20% of which (id.) is $45.85. Accordingly Arutinov's In Forma Pauperis Application [Dkt. No. 3] is granted, and he is assessed that initial partial filing fee of $45.85 plus 20% of all deposits in his trust fund account from June 1, 2015 until the date when the initial partial payment is remitted to the Clerk's Office. This Court orders the County

Jail trust fund officer to collect that amount from Arutinov's trust fund account there and to pay it directly to the Clerk of Court ("Clerk"):

>Office of the Clerk
>United States District Court
>219 South Dearborn Street
>Chicago IL 60604
>
>Attention: Fiscal Department

After such payment the trust fund officer at the County Jail (or at any other correctional facility where Arutinov may hereafter be confined) is authorized to collect monthly payments from his trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from the trust fund account shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the full $350 filing fee is paid. Both the initial payment and all future payments shall clearly identify Arutinov's name and the 15 C 5038 case number assigned to this action. To implement these requirements, the Clerk shall send a copy of this order to the County Jail trust fund officer.

Finally, because the current Submission reports that the intention of Arutinov's counsel to file an Amended Complaint must be deferred pending the receipt of further materials from the Circuit Court of Cook County needed for that filing, the previously-set next status hearing date of September 9, 2015 will remain in effect. For administrative reasons, however, the time of that hearing is reset from 9 a.m. to 9:15 a.m.

_____
Milton I. Shadur
Senior United States District Judge

Date: July 23, 2015